**Order entered August 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01599-CV

### VICTOR MALDONADO, Appellant

### V.

### SUMEER HOMES, INC., ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-01137-E**

## ORDER

On July 22, 2014, the Court of Chancery of the State of Delaware declared Freestone Insurance Company insolvent and appointed a receiver to liquidate it. At that time, appellee Sumeer Homes, Inc. thought it was insured under a policy issued by Freestone. Accordingly, Sumeer Homes filed an automatic stay of proceedings in this Court. In an order dated July 28, 2014, we abated this case until January 18, 2015. *See* TEX. INS. CODE ANN. art. 462.309(a) (West 2009).

Before the Court is Sumeer Homes' August 8, 2014 motion to lift stay of proceedings. Sumeer Homes has informed the Court that it has learned that, at the time of the occurrence in the underlying lawsuit, it was insured by an insurance policy issued by Companion Property & Casualty Insurance Company and not Freestone. Sumeer Homes asks that the stay be lifted.

We **GRANT** Sumeer Homes' motion and **REINSTATE** this case. The case will be set in due course.

/s/     ADA BROWN
          JUSTICE